727nno7(9/18)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

**F I L E D**

**3/25/24**

Clerk, U.S. Bankruptcy Court
Western District of Missouri

| | | |
|---|---|---|
| In Re: | Dillon Matthew Moorhead<br>Debtor | )<br>)<br>) Case No.: 23–41572–btf7<br>) Chapter: 7<br>) |

**NOTICE TO CREDITORS AND OTHER PARTIES OF INTEREST**

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor(s), Dillon Matthew Moorhead , did not file proof of the completion of the Instructional Course Concerning Personal Financial Management.

This notice is issued in compliance with Interim Bankruptcy Rule 4006 Notice of No Discharge.

Dated: March 25, 2024                    /s/ Paige Wymore–Wynn

Court Executive